**No. 11-5528. Joseph Darvie, Petitioner v. M. Countryman, et al.**

565 U.S. 1102, 132 S. Ct. 870, 181 L. Ed. 2d 567, 2011 U.S. LEXIS 8968.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6141.